Signed and Filed: August 13, 2014

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>AJACKS RESTAURANTS, INC.,<br><br>        Debtor. | Case No. 14-31157 HLB<br><br>Chapter 11<br><br>Date: September 18, 2014<br>Time: 10:00 a.m.<br>Loc.: 235 Pine St., 23rd Fl.<br>     San Francisco, CA |

## CHAPTER 11 INITIAL STATUS CONFERENCE ORDER

On September 18, 2014 at 10:00 a.m. the Court will conduct an initial status conference in the above-captioned case. Primary bankruptcy counsel for the Debtor shall appear at this status conference.

No fewer than seven (7) days prior to the status conference set by this Order, the Debtor shall file and serve a Chapter 11 Status Conference Statement that addresses the following:

(1) The business, financial, and other problems that prompted the filing of this case;

(2) Attendance at a meeting of creditors pursuant to 11 U.S.C. § 341(a);

(3) The estate's need for professionals (e.g., attorneys, accountants, brokers, etc.);

(4) Unique issues concerning secured debt, employees, cash

collateral, executory contracts, and existing management;

(5) Postpetition operations and revenue;

(6) Status of any litigation pending in or outside this Court;

(7) Compliance with requests for information from the United States Trustee, including but not limited to requests made in the Initial Debtor Interview;

(8) Type and adequacy of insurance coverage;

(9) An outline of the proposed plan;

(10) A proposed schedule for filing and confirming the proposed plan; and

(11) Any other matters that might materially affect the administration of this case.

The Debtor shall serve the Chapter 11 Status Conference Statement on the United States Trustee and any official committees appointed pursuant to 11 U.S.C. § 1102, or, if no such committees have been appointed, on the creditors that hold the twenty largest general unsecured claims, excluding insiders. If any committee is represented by counsel, service upon committee counsel shall constitute service upon the committee.

**Failure to comply with this order may result in conversion of this case to one under Chapter 7.**

The Court encourages individual Chapter 11 debtors to use this District's Standard-Form Combined Plan and Disclosure Statement (the "Form Plan").[1] At the status conference, Debtor

---

[1] The Form Plan and instructions for its use are available online at: http://www.canb.uscourts.gov/forms/dist.

**CHAPTER 11 INITIAL STATUS CONFERENCE ORDER**

- 2 -

Case: 14-31157    Doc# 17    Filed: 08/13/14    Entered: 08/14/14 12:44:25    Page 2 of 4

should be prepared to discuss whether the Form Plan is appropriate in this case. Notwithstanding B.L.R. 3017-1(a) and unless otherwise ordered by the Court, debtors who use the Form Plan may seek tentative approval of the disclosure statement on at least 14 days' notice to all parties that have appeared in the case (both ECF and non-ECF parties).

**\*\*END OF ORDER\*\***

## Court Service List

[None]